# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 11-2014

_____

Steven R. Blair,             *
                                      *

           Appellant,      *    Appeal from the United States
                                      *    District Court for the
     v.                              *    District of Nebraska.
                                        *

City of Omaha, et al.,      *        [UNPUBLISHED]
                                      *

           Appellees,      *
                                        *

_____

Submitted: February 15, 2012
Filed: March 22, 2012

_____

Before LOKEN, BOWMAN, and BENTON, Circuit Judges.

_____

PER CURIAM.

Steven Blair appeals the district court's[1] dismissal of two private individuals, Patty Dory and Lori Anzaldo, who were named as defendants in his 42 U.S.C. § 1983 action.[2]  After careful review, we conclude that the claims in question are precluded

_____

[1]The HONORABLE JOSEPH F. BATAILLON, United States District Judge for the District of Nebraska.

[2]Dory and Anzaldo were incorrectly identified in the case caption as district court judges.  We previously summarily affirmed the dismissal of two other defendants, and Blair waived his claims against the remaining appellees.

by the doctrine of res judicata, as these defendants were dismissed with prejudice in a prior action brought by Blair.  Blair v. Anderson, D. Neb. No. 4:04-cv-03229, R. Docs. No. 42, 57.  Accordingly, we affirm, and we deny all pending motions.

_____